No. 482, Misc. HERNDON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *F. M. Apicella* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 553, Misc. FULLER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Robert G. Maysack* for the United States.

No. 521, Misc. LILEY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 621, Misc. CHONTOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Albert M. Horn* for petitioner. *Solicitor General Griswold* for the United States.

No. 730, Misc. MURPHY ET UX. *v.* U. S. COMMISSIONER OF DETROIT, MICHIGAN, ET AL. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold* for respondents.

No. 641, Misc. MURPHY *v.* JOHNSON, CLERK, U. S. DISTRICT COURT. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold* for respondent.

No. 763, Misc. MURPHY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.